Certificate Number: 15317-PAM-DE-035044833

Bankruptcy Case Number: 20-02361



15317-PAM-DE-035044833

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2020, at 10:33 o'clock AM PST, William M Woodard completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 2, 2020

By: /s/Janice Morla

Name: Janice Morla

Title: Counselor