UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE                              :
                                   :
WILLIAM WOODWARD       :          CHAPTER 13
                    Debtor.   :
********************************************************************
NATIONSTAR MORTGAGE, LLC,          :
D/B/A MR. COOPER                   :
                                   :
                    Movant,        :
                                   :
     vs.                           :
WILLIAM WOODARD                    :          CASE NO. 5-20-02361
                                   :
                    Respondents.   :
********************************************************************

## PRAECIPE TO WITHDRAW DEBTOR'S ANSWER TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY
********************************************************************

AND NOW COMES, the Debtor, William Woodard, by and through his attorney, Tullio DeLuca, Esq., and requests the withdrawal of Debtor's Answer to Movant's Motion for Relief from the Automatic Stay. Counsel for Movant consents to the withdrawal.

Respectfully submitted,

Date: March 12, 2021              /s/Tullio DeLuca
                                  Tullio DeLuca, Esq.,
                                  PA ID# 59887
                                  Attorney for Debtor
                                  381 N. 9th Avenue
                                  Scranton, PA 18504

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE                                    :
                                         :
WILLIAM WOODWARD              :              CHAPTER 13
                        Debtor.    :
*********************************************************************
NATIONSTAR MORTGAGE, LLC,     :
D/B/A MR. COOPER              :
                                         :
                        Movant,    :
                                         :
        vs.                              :
WILLIAM WOODARD               :              CASE NO. 5-20-02361
                                         :
                    Respondents.   :
*********************************************************************
**CERTIFICATE OF SERVICE**
*********************************************************************

        The undersigned hereby certifies that on March 12, 2021, he caused a

true and correct copy of Debtor's Praecipe to Withdraw Answer to Movant's

Motion for Relief from the Automatic Stay, to be served via electronic filing on the

following CM/ECF users:

        Charles J. DeHart, III, Esq. at dehartstaff@ramapo.com


        Rebecca A. Solarz, Esquire at rsolarz@kmllawgroup.com


Date:  March 12, 2021                    /s/Tullio DeLuca
                                         Tullio DeLuca, Esq.