UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

**WILLIAM M. WOODARD**
* Debtor(s)

Case Number: 5-20-02361
Chapter: 13

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order Confirming Amended Chapter 13 Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: July 2, 2021

SIGNED: *Lisa Marchak*

TITLE: /s/Legal Assistant

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

William M. Woodard,
aka William Michael Woodard, aka William Woodard,

**Debtor 1**

Chapter 13

Case No.   5:20-bk-02361-HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on May 4, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: July 2, 2021

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DeborahGeorge, Deputy Clerk

orcnfpln(05/18)

| | | |
|---|---|---|
| CACH, LLC<br>4340 S. Monaco St., Unit 2<br>Denver, CO 80237-3485 | CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | Christopher A DeNardo<br>Shapiro and DeNardo, LLC<br>3600 Horizon Drive, Suite 150<br>King of Prussia, PA 19406-4702 | Elevations Health Club<br>PA-611<br>Scotrun, PA 18355 |
| First Credit Services<br>377 Hoes Lane, Suite 200<br>Piscataway, NJ 08854-4155 | First Premier Bank<br>P.O. Box 5524<br>Sioux Falls, SD 57117-5524 | Hamilton Law Group<br>P.O. Box 90301<br>Allentown, PA 18109-0301 |
| KML Law Group, P.C<br>Suite 5000, BNY Mellon Independence Ctr.<br>701 Market St.<br>Philadelphia, PA 19106-1541 | Kristen D Little<br>Shapiro and DeNardo, LLC<br>3600 Horizon Drive, Suite 150<br>King of Prussia, PA 19406-4702 | Lynda Woodard<br>1609 Clover Rd.,<br>Long Pond, PA 18334-7748 |
| Mid America Bank & Trust<br>5109 S. Broadband Lane<br>Sioux Falls, SD 57108-2208 | Mr. Cooper<br>8950 Cypress Waters Blvd<br>Dallas, TX 75019-4620 | Mustac Filomeno<br>80 Hamilton Ave.,<br>Lodi, NJ 07644-1408 |
| National Recovery Agency<br>2491 Paxton St.<br>Harrisburg, PA 17111-1036 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>8950 Cypress Waters Boulevard<br>Coppell, TX 75019-4620 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>PO Box 619096<br>Dallas TX 75261-9096 |
| Navient U S. Dept of Education Loan Serv<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 | Pa Dept. Of Revenue<br>Bankruptcy Division, PO Box 280946<br>Harrisburg, PA 17128-0001 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pocono Medical Center<br>206 East Brown St.<br>East Stroudsburg, PA 18301-3094 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Pragnesh Desai, DO<br>Hamilton Law Group<br>PO Box 90301<br>Allentown, PA 18109-0301 |
| Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106-1541 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Walter Clark<br>832 Blue Mountain Lake<br>E. Stroudsburg, PA 18301 |