IN RE:   WILLIAM M. WOODARD
         AKA: WILLIAM WOODARD, WILLIAM
         MICHAEL WOODARD


                    Debtor(s)
                                                          CHAPTER 13

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                    Movant                                CASE NO: 5-20-02361-MJC

                 vs.

         WILLIAM M. WOODARD
         AKA: WILLIAM WOODARD, WILLIAM
         MICHAEL WOODARD


                    Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on August 4, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   August 4, 2021                        Respectfully submitted,


                                               /s/   Agatha R. McHale, Esquire
                                               ID:  47613
                                               Attorney for Movant
                                               Jack N. Zaharopoulos
                                               Standing Chapter 13 Trustee
                                               8125 Adams Drive, Suite A
                                               Hummelstown, PA 17036
                                               Phone:  (717) 566-6097
                                               Fax:  (717) 566-8313
                                               eMail:  amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  WILLIAM M. WOODARD
AKA: WILLIAM WOODARD, WILLIAM
MICHAEL WOODARD                    CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS                 CASE NO: 5-20-02361-MJC
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

> September 1, 2021 at 09:30 AM
> U.S. Bankruptcy Court
> Max Rosenn U.S. Courthouse
> 197 S. Main Street
> Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.  You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

> **AMOUNT DELINQUENT AS OF LAST MONTH:  $ 212.00**
> **AMOUNT DUE FOR THIS MONTH:  $53.00**
> **TOTAL AMOUNT DUE BEFORE HEARING DATE:  $265.00**

**NOTE:**
> **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

> **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

> If **submitting payment by U.S. First Class Mail** mail to**:**
> **JACK N. ZAHAROPOULOS, PO BOX 6008, MEMPHIS, TN 38101-6008**

> If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.  You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed

with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  August 4, 2021                                    eMail:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   WILLIAM M. WOODARD
         AKA: WILLIAM WOODARD,
         WILLIAM MICHAEL WOODARD          CHAPTER 13


             Debtor(s)

         JACK N. ZAHAROPOULOS          CASE NO: 5-20-02361-MJC
         CHAPTER 13 TRUSTEE
             Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 4, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

TULLIO DeLUCA, ESQUIRE                UNITED STATES TRUSTEE
381 N 9TH AVENUE                      SUITE 1190
SCRANTON, PA  18504-                  228 WALNUT STREET
                                      HARRISBURG, PA  17101


Served by First Class Mail

WILLIAM M. WOODARD
1609 CLOVER RD.
LONG POND, PA  18334


I certify under penalty of perjury that the foregoing is true and correct.

Date:  August 4, 2021                 Bobbie Weigel
                                      for Jack N. Zaharopoulos, Trustee
                                      Suite A, 8125 Adams Dr.
                                      Hummelstown, PA  17036
                                      Phone:  (717) 566-6097
                                      eMail: info@pamd13trustee.com

IN RE:   WILLIAM M. WOODARD
          AKA: WILLIAM WOODARD,
          WILLIAM MICHAEL WOODARD

                                    CHAPTER 13

               Debtor(s)

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
               Movant                    CASE NO: 5-20-02361-MJC

          vs.

          WILLIAM M. WOODARD          MOTION TO DISMISS
          AKA: WILLIAM WOODARD,
          WILLIAM MICHAEL WOODARD

## <u>ORDER DISMSSING CASE</u>

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.