United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                      Case No. 20-02361-MJC

William M. Woodard                                                            Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                      User: AutoDocke                                     Page 1 of 2
Date Rcvd: Sep 02, 2021                           Form ID: ordsmiss                               Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William M. Woodard, 1609 Clover Rd.,, Long Pond, PA 18334-7748 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 5349898 | | Elevations Health Club, PA-611, Scotrun, PA 18355 |
| 5349901 | | Hamilton Law Group, P.O. Box 90301, Allentown, PA 18109-0301 |
| 5349902 | + | KML Law Group, P.C, Suite 5000, BNY Mellon Independence Ctr., 701 Market St., Philadelphia, PA 19106-1541 |
| 5349903 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5349904 | + | Lynda Woodard, 1609 Clover Rd.,, Long Pond, PA 18334-7748 |
| 5349906 | + | Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| 5349907 | + | Mustac Filomeno, 80 Hamilton Ave.,, Lodi, NJ 07644-1408 |
| 5353279 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas TX 75261-9096 |
| 5350849 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 5349911 | + | Pocono Medical Center, 206 East Brown St., East Stroudsburg, PA 18301-3094 |
| 5352835 | + | Pragnesh Desai, DO, Hamilton Law Group, PO Box 90301, Allentown, PA 18109-0301 |
| 5349913 | | Walter Clark, 832 Blue Mountain Lake, E. Stroudsburg, PA 18301 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5349896 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2021 18:49:55 | CACH, LLC, 4340 S. Monaco St. , Unit 2, Denver, CO 80237-3485 |
| 5350437 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2021 18:49:49 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5349897 | + | EDI: CAPITALONE.COM | Sep 02 2021 22:53:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5349900 | | EDI: AMINFOFP.COM | Sep 02 2021 22:53:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5349905 | + | EDI: TCISOLUTIONS.COM | Sep 02 2021 22:53:00 | Mid America Bank & Trust, 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |
| 5349908 | + | Email/Text: Bankruptcies@nragroup.com | Sep 02 2021 18:49:00 | National Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 5349909 | | EDI: NAVIENTFKASMDOE.COM | Sep 02 2021 22:53:00 | Navient U S. Dept of Education Loan Serv, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 5363552 | | EDI: PRA.COM | Sep 02 2021 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5349910 | + | EDI: PENNDEPTREV | Sep 02 2021 22:53:00 | Pa Dept. Of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0001 |
| 5349910 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2021 18:49:00 | Pa Dept. Of Revenue, Bankruptcy Division, PO |

| 5353043 | EDI: PENNDEPTREV | Sep 02 2021 22:53:00 | Box 280946, Harrisburg, PA 17128-0001<br>Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5353043 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2021 18:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5349912 | *+ | Pocono Medical Center, 206 East Brown Street, East Stroudsburg, PA 18301-3094 |
| 5349914 | *+ | William M. Woodard, 1609 Clover Rd.,, Long Pond, PA 18334-7748 |
| 5349899 | ##+ | First Credit Services, 377 Hoes Lane, Suite 200, PIscataway, NJ 08854-4155 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 04, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com;klittle@logs.com;cdenardo@logs.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| Rebecca Ann Solarz | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 William M. Woodard tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| William M. Woodard,<br>aka William Michael Woodard, aka William Woodard, | Chapter 13 |
| **Debtor 1** | Case No. 5:20−bk−02361−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: September 2, 2021

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

ordsmiss (05/18)